STATE OF NEBRASKA, APPELLANT, V. JOHN D. LARSON, APPELLEE.

336 N.W.2d 84

Filed June 24, 1983. No. 83-277.

Donald L. Knowles, Douglas County Attorney, and Robert C. Sigler, for appellant.

Barbara Thielen, for appellee.

CAPORALE, J.

The State has appealed from an order sustaining defendant John D. Larson's motion to suppress evidence obtained by the interception of certain telephone conversations. This case is a companion to the case of *State v. Brennen, ante* p. 734, 336 N.W.2d 84 (1983), decided today. It arises out of the same orders authorizing the interception of telephone conversations discussed therein. Defendant Larson was not mentioned in the affidavit or amendment thereto but, rather, was discovered through the interceptions authorized by the orders discussed in *Brennen, supra.* Having determined that the orders in *Brennen* were lawful, it follows that the interception of defendant Larson's conversations under those orders was also lawful.

Accordingly, the order suppressing the evidence obtained from the interceptions is reversed.

REVERSED.